# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

139281

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 139281
                                          COA: 281531
                                          Wayne CC: 07-07927-01

KENNETH MAURICE ROBINSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009                   _____
                                              Clerk

s1112